**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK LARKIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. CV 12-2530-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Mandamus and all other records on file, as well as the Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.

　　Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Judgment be entered granting Defendant's Motion to Dismiss, denying the Petition, and dismissing this action.

DATED: 9/24/12

　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1