JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LARKIN, | ) Case No. CV 12-2530-DSF (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 9/24/12

DALE S. FISCHER
U.S. DISTRICT JUDGE

1